IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

CASE NO.: 3: 09-10213-JAF
Estimated Time 5 Minutes
Conf. Hrg.: 2-9-10 @2:00 P.M.

IN RE:
LAKISA ROSS
                  Debtor

**TRUSTEE'S OBJECTION TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN**

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan and states:

1. The Debtor is under the median income but per 11 U.S.C. §1325(b)(2), the Debtor is not using all of her disposable monthly income towards the plan payments. According to Schedules I and J, the Debtor has a disposable monthly income of $442.88 but is only proposing a plan payment of $400.00.

2. Pursuant to 11 U.S.C. §1325(a)(4), based on the Schedules and Plan as filed, the unsecured creditors would receive a greater distribution if the estate of the Debtor was liquidated under a Chapter 7 bankruptcy.

WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By */s/ Marsha M. Brown*
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
Michael S. Waskiewicz, Attorney for Trustee
Florida Bar #693642
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone   (904)358-6465
FAX           (904)634-0038

CERTIFICATE OF SERVICE
I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this 13th day of January 2010 on the following:
Lakisa Ross, 2136 Tuskegee Rd., Jacksonville, FL 32209
Robert Wilbert, Esquire, 126 W. Adams Street, Jacksonville, Florida 32202
*/s/ Marsha M. Brown*